Pearson, C. J.
 

 There is no error; the proceedings of every 'court are said to be
 
 in
 
 fieri, until the term expires ; that is, its actions are not considered, in law, as completed or done, but as being held in suspense, under consideration, until the end of the term, consequently, the County Court had power, in our case, to set aside the judgment. Its exercise was a mere matter -of discretion, and the plaintiff had no more ground for an appeal, than he would have had from an order of the Court, allowing a continuance.
 

 
 *105
 
 It follows, there is no error in the order of the Superior Court, dismissing the appeal. After which, that Court could have nothing more to do with the case, and a
 
 procedendo
 
 properly issued.
 

 Per Curiam,
 

 Judgment affirmed-.